# United States Court of Appeals
## For the First Circuit

No. 18-1498

UNITED STATES,

Appellant,

v.

NOOR MOHAMED,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on April 3, 2019, is amended as follows:

On page 11, line 15, replace "Courts" with "courts".

On page 13, line 8, replace "traffick[king]" with "traffic[king]".